NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

| | |
|---|---|
| IN RE: | BK−23−50177−hlb |
| | CHAPTER 11 |
| GUARDIAN FUND, LLC , | |
| Debtor(s) | |
| | Adversary Proceeding: 25−05066−hlb |
| GUARDIAN FUND, LLC, A NEVADA LIMITED LIABILITY COMPANY, et al, | COMPLAINT, SUMMONS STANDARD DISCOVERY PLAN AND SCHEDULING ORDER PACKET |
| Plaintiff(s) | |
| vs | Hearing Date: April 21, 2026 |
| | Hearing Time: 1:30pm |
| ALLERTON HOLDINGS, LLC, A NEW YORK LIMITED LIABILITY COMPANY | |
| WORTH STAYING LLC, AN OHIO LIMITED LIABILITY COMPANY | |
| JOHN DOE, et al, | |
| Defendant(s) | |

I, __Misti Hale__, certify that I am at least 18 years old and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on __January 5, 2026__
         (date)

by:

[x]   Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:

Allerton Holdings, LLC
PO Box 879
Honeoye, NY 14471

Worth Staying LLC
c/o S&P Servicing, LLC, Registered Agent
10883 Pearl Rd., Suite 101
Strongsville, OH 44136

[ ]   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ]   Residence Service: By leaving the process with the following adult at:

[ ]   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ]   Publication: The defendant was served as follows: (Describe briefly)

[ ]   State Law: The defendant was served pursuant to the laws of the State of _____,
      as follows: (Describe briefly)                                    (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: January 9, 2026                                    Signature: _____

Print Name: Misti Hale, McDonald Carano LLP

Business Address: 100 W. Liberty Street, 10th Floor

City: Reno          State: NV          Zip: 89501